UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
─────────────────────────────────────────)
                                         )
                                         )
RUBEN VICTOR CENTENO-BERNUY, WALDO       )
CENTENO-BERNUY, AQUILES MAURO GALINDO-   )
BUENDIA, AND JOEL EFRAIN PECHO-VIVANCO,  )    STIPULATION OF DISMISSAL
                                         )        WITH PREJUDICE
                    PLAINTIFFS,          )
                                         )    CIV. NO. 01-CV-839(A)(SR)
               V.                        )
                                         )
BECKER FARMS, OSCAR E. VIZCARRA, AND     )
MELINDA VIZCARRA,                        )
                                         )
                    DEFENDANTS.          )
─────────────────────────────────────────)

    IT IS HEREBY stipulated and agreed, as set forth in the settlement agreement, by and between the undersigned counsel, that the above-captioned action shall be dismissed, with prejudice, and without costs to any party.

Dated:   July 30, 2009              By:   s/ Molly Graver
                                    Molly Graver
                                    Farmworkers Legal Services of New York, Inc.
                                    Attorneys for the Plaintiffs
                                    1187 Culver Road
                                    Rochester, New York 14609
                                    Telephone: (585)325-3050

Dated:   August 3, 2009             By:   s/ Thomas P. Kawalec
                                    Thomas P. Kawalec
                                    Chelus, Herdzik, Speyer & Monte, P.C.
                                    Attorneys for the Defendants
                                    Main Court Building
                                    Main Street, Tenth Floor
                                    Buffalo, NY 14202

SO ORDERED:

_____      Date: _____
Hon. Richard J. Arcara
Chief United States District Judge